IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | CRIMINAL ACTION FILE |
| v.       ) | |
| ) | NO. 1:14-CR-319-SCJ-AJB |
| ERON YANES-CRUZ,      ) | |
| ) | |
| Defendant.   ) | |

**UNITED STATES MAGISTRATE JUDGE'S
NON-FINAL REPORT AND RECOMMENDATION**

Eron Yanes-Cruz seeks to suppress his identifying information, including his fingerprints that were obtained by law enforcement and which the Government intends to introduce at Yanes' trial for illegal reentry. [*See* Doc. 13]. However, in *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1189 (11th Cir. 2009), the Eleventh Circuit held that the exclusionary rule does not apply to evidence to establish a defendant's identity in a criminal prosecution, and accordingly, the fingerprint and photograph evidence in this case offered to prove Yanes's identity is not suppressible. At the pretrial conference, Yanes conceded that he was unaware of any factual or legal circumstances which rendered *Faria-Gonzalez* inapplicable to the present case.

As a result, the undersigned **RECOMMENDS** that Yanes's motion to suppress evidence, [Doc. 13], be **DENIED**.  The Court will conduct an evidentiary hearing on Yanes's motion to suppress statements, [Doc. 14], on October 31, 2014, at 10:00 am.

**IT IS SO RECOMMENDED**, this   22nd   day of   September  , 2014.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE