IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : CRIMINAL CASE NO. |
| v. | : 1:14-CR-319-SCJ |
|  | : |
| ERON YANES CRUZ, | : |
|  | : |
| Defendant. | : |

## ORDER

This matter appears before the Court for consideration of the magistrate judge's September 22, 2014 Report and Recommendation ("R&R") (Doc. No. [16]), in which The Honorable Alan J. Baverman, United States Magistrate Judge, recommended that Defendant's motion to suppress evidence (identifying information), [Doc. No. 13], be denied. The magistrate's decision was based upon the case of <u>United States v. Farias-Gonzalez</u>, 556 F.3d 1181, 1189 (11th Cir. 2009) in which the Eleventh Circuit held that the exclusionary rule does not apply to evidence to establish a defendant's identity in a criminal prosecution.

On October 7, 2014, Defendant filed an objection to the Report and Recommendation (Doc. No. [19]). Defendant objects to the Magistrate's recommendation on the ground that <u>Farias-Gonzalez</u> was wrongly decided and other circuits have held to the contrary.

AO 72A
(Rev.8/82)

When such objections are filed, the Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). After conducting this review, the Court "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Additionally, the Court may "receive further evidence or recommit the matter to the magistrate judge with instructions." Id.

After *de novo* review, the Court accepts the recommendation of the magistrate and adopts the R&R as the order of the Court. As this Court is bound by Eleventh Circuit precedent, the Court overrules Defendant's objection based upon non-binding authority. See McGinley v. Houston, 361 F.3d 1328, 1331 (11th Cir. 2004) ("A circuit court's decision binds the district courts sitting within its jurisdiction . . . .").

## CONCLUSION

After *de novo* review, the Court hereby **ADOPTS** the R&R (Doc. No. [16]) as the order of the Court. Defendant's objection (Doc. No. [19]) is hereby **OVERRULED**. The motion to suppress evidence (identifying information) (Doc. No. [13]) is hereby **DENIED**.

IT IS SO ORDERED, this 14th day of November, 2014.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE